**Sherman Ray MEIROVITZ, Plaintiff–Appellant**

v.

**Anthony HAYNES, Warden, FCI– Forrest City, Defendant– Appellee.**

No. 13–3726.

United States Court of Appeals, Eighth Circuit.

Submitted: July 14, 2014.

Filed: July 17, 2014.

Sherman Ray Meirovitz, argued, Forrest City, AR, pro se.

Jamie Goss Dempsey, U.S. Attorney's Office, argued, Little Rock, AR, for Defendant–Appellee.

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Sherman Meirovitz appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition, in which he raised the same claim that was rejected by this court in his 28 U.S.C. § 2255 proceeding. *See Meirovitz v. United States,* 688 F.3d 369, 370–72 (8th Cir.2012). After careful review, we agree with the district court that Meirovitz did not show the section 2255 remedy was inadequate or ineffective. *See Lopez–Lopez v. Sanders,* 590 F.3d 905, 907 (8th Cir.2010). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.